```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
PHH MORTGAGE CORPORATION,                                              :
                                                                       :
                              Plaintiff,                               :
                                                                       :           25 Civ. 7709 (JPC)
              -v-                                                      :
                                                                       :                ORDER
ALYSON AULET, et al.,                                                  :
                                                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Defendant Alyson Aulet was served with a Summons and the Complaint on September 26, 2025, making her deadline to respond October 17, 2025. *See* Dkt. 19. Defendants New York City Parking Violations Bureau, New York City Environmental Control Board, and New York City Transit Adjudication Bureau were served with a Summons and the Complaint on September 30, 2025, making their deadline to respond October 21, 2025. *See* Dkts. 17, 18, 20. And Defendant New York State Department of Taxation and Finance was served with a Summons and the Complaint on October 6, 2025, making its deadline to respond October 27, 2025. *See* Dkt. 21. Those deadlines have passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court *sua sponte* extends Defendants' deadline to respond to the Complaint to November 25, 2025. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default by December 2, 2025.

Plaintiff shall serve a copy of this Order on Defendant by November 3, 2025, and file proof of such service on the docket by November 5, 2025.  Plaintiff is reminded of its service obligations on various state and city governmental defendants under N.Y. C.P.L.R. §§ 307(2), 311(a)(2).

SO ORDERED.

Dated: October 28, 2025
New York, New York

JOHN P. CRONAN
United States District Judge