UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

PHH MORTGAGE CORPORATION,          :

                    Plaintiff,       :

                                      :       25 Civ. 7709 (JPC)

       -v-                   :

                                      :          <u>ORDER</u>

ALYSON AULET, *et al.*,              :

Defendants.    :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The default judgment hearing scheduled for January 20, 2026, at 2:00 p.m. is adjourned to January 30, 2026, at 2:00 p.m.  Plaintiff shall serve Defendants via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

      SO ORDERED.

Dated: December 10, 2025
      New York, New York                                JOHN P. CRONAN
                                              United States District Judge