UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
PHH MORTGAGE CORPORATION,                                               :
                                                                        :
                               Plaintiff,                               :
                                                                        :        25 Civ. 7709 (JPC)
               -v-                                                      :
                                                                        :        ORDER
ALYSON AULET, *et al.*,                                                 :
                                                                        :
                                                                        :
                               Defendants.                              :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By January 29, 2026, Plaintiff shall supplement the record to allege Defendant Alyson

Aulet's domicile. *See Van Buskirk v. Utd. Grp. Of Cos., Inc.*, 935 F.3d 49, 53-54 (2d Cir. 2019)

(explaining that "[a]n individual's citizenship, within the meaning of the diversity statute [28 U.S.C.

§ 1332], is determined by his domicile," and that "residence alone is insufficient to establish

domicile for jurisdictional purposes" (internal quotation marks omitted)); *Durant, Nichols,*

*Houston, Hodgson & Cortese-Costa, P.C. v. Dupont*, 565 F.3d 56, 64 (2d Cir. 2009) (explaining

that "when the record as a whole, as supplemented, establishes the existence of the requisite

diversity of citizenship between the parties," courts "may simply deem the pleadings amended so

as to properly allege diversity jurisdiction" (internal quotation marks omitted)).

        SO ORDERED.

Dated: January 26, 2026
       New York, New York                          _____
                                                        JOHN P. CRONAN
                                                   United States District Judge