UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORP.,

                              Plaintiff,

        -v–

ALYSON AULET, et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 7709 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 18, 2026, the Court issued an Order scheduling an Initial Conference pursuant to Federal Rule of Civil Procedure 16 and ordered the parties to file a Rule 26(f) Meeting and Proposed Case Management Plan ("Rule 26(f) Report") by April 14, 2026. (Dkt. No. 69). To date, the parties have not filed a Rule 26(f) Report. As a one-time courtesy, the Court sua sponte EXTENDS the deadline for the parties to file a Rule 26(f) Report to **Thursday, April 16, 2026**. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:        New York, New York
              April 15, 2026

                              SO ORDERED.

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**