

## ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
### L A W   O F F I C E S

**Sara Z. Boriskin, Esquire**
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

**James Robertson, Esquire***
**Everett Anschutz, Esquire****
**David J. Schneid, Esquire****
**John T. Crane, Esquire****

\* Deceased
\*\*Not Admitted to Practice in New York

April 16, 2026

**VIA ECF**
Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   PHH Mortgage Corporation. v. Aulet et. al
> Docket No: 1:25-cv-07709
> Joint Letter Requesting Adjournment of Conference

Dear Honorable Judge Cave:

> The parties' request at Dkt. No. 76 is GRANTED and the Initial Case Management Conference scheduled for April 21, 2026 is ADJOURNED <u>sine</u> <u>die</u>.  By **Friday, May 8, 2026**, the parties shall file a joint letter on the status of settlement.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 76.
>
> SO ORDERED   4/17/26   *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

The initial conference is scheduled for April 21, 2026. The parties write to request an adjournment of the conference while the parties continue to engage in settlement of the action. The Plaintiff has made a trial payment plan offer to the Borrower and she has accepted. The agreement is in the process of being drafted and would require the Borrower to make three payments beginning May 1, 2026. If the trial period plan is successfully completed, Defendant will be eligible for review for a permanent loan modification agreement. As such, we respectfully request that the conference be adjourned.

We thank the court in advance for its courtesy.

By: /s/ Phionah N. Brown

Phionah N. Brown, Esq.
900 Merchants Concourse, Suite 310
Westbury, NY 11590
Tel: (516) 280-7675 x55165
*Counsel for Plaintiff*

By: [signature]

Alan M Davis, Esq.
70 Charles Lindberg Boulevard, Suite 210
Uniondale, NY 11553
631-598-0500
*Counsel for Defendant Alyson Aulet*