UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

PHH MORTGAGE CORPORATION,          :

                                           :

                Plaintiff,        :

                                           :       25 Civ. 7709 (JPC)

     -v-                             :

                                           :         ORDER

ALYSON AULET, *et al.*,               :

                                         :

                Defendants.     :

                                           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 30, 2025, Plaintiff moved for default judgment against all Defendants. Dkt. 52. But at the scheduled January 30, 2026 default-judgment hearing, Defendant Alyson Aulet appeared, *see* Dkt. 62, and has since filed an answer to the Complaint, *see* Dkt. 67. Indeed, Plaintiff and Aulet have sought to stay discovery and all other deadlines until August 31, 2026, Dkt. 75, while the parties "continue to engage in settlement of the action," including the performance of a trial payment plan, Dkt. 76. Given the "policy of favoring judgment on the merits," rather than the "disfavored" sanction of default judgments, *Henry v. Oluwole*, 108 F.4th 45, 51 (2d Cir. 2024) (internal quotation marks omitted), the pending motion for default judgment is denied without prejudice. *See also Rimini v. J.P. Morgan Chase & Co.*, No. 22 Civ. 7768 (JPC), 2023 WL 4847243, at *2 (S.D.N.Y. July 28, 2023) ("[I]n the interests of avoiding inconsistent judgments, the Court generally does not consider default proceedings against non-appearing defendants until it has resolved the liability of those defendants who have appeared." (citation omitted)).

The Clerk of Court is respectfully directed to close the motion at Docket Number 52 and to vacate Aulet's certificate of default at Docket Number 35.

SO ORDERED.

Dated: April 17, 2026
      New York, New York

                               JOHN P. CRONAN
                        United States District Judge