UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORP.,

                              Plaintiff,

      -v-                                                    CIVIL ACTION NO. 25 Civ. 7709 (JPC) (SLC)

ALYSON AULET, et al.,                                                     **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the Court's Order at Dkt. No. 84, the parties were required to file a joint status letter advising the Court of the status of the parties' Trial Payment Plan by June 8, 2026.  (Dkt. No. 84).  The parties have not filed such joint letter.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for the parties to file the joint letter up to and including **June 12, 2026**.

Dated:        New York, New York
              June 9, 2026

                                                    SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**